1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
   Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
2  Jing H. Cherng, Esq. (Car. Bar No. 265017)
3  Mount, Spelman & Fingerman, P.C.
   RiverPark Tower, Suite 1650
4  333 West San Carlos Street
   San Jose CA  95110-2740
5  Phone: (408) 279-7000
   Fax:     (408) 998-1473
6  Email: dmount@mount.com, kspelman@mount.com,
7     gcherng@mount.com

8  Counsel for Advanced Connection Technology Inc.

9  Michael J. Shea (*Pro Hac Vice)*
   Jeffry Nelson (*Pro Hac Vice*)
10 Jonathon Reavill (*Pro Hac Vice*)
   Nixon & Vanderhye P.C.
11 901 North Glebe Road, 11th Floor
   Arlington, Virginia  22203
12 Phone:  (703) 816-4000
13 Fax:  (703) 816-4100
   Email: mjs@nixonvan.com, jhn@nixonvan.com, jtr@nixonvan.com
14
   Virginia A. Crisp (State Bar No. 121387)
15 Scott C. Hall(State Bar No. 232492)
   Coblentz Patch Duffy & Bass LLP
16 One Ferry Building, Suite 200
17 San Francisco, California  94111-4213
   Telephone:     415.391.4800
18 Facsimile:      415.989.1663
   Email: ef-vac@cpdb.com,ef-sch@cpdb.com
19
20 Attorneys for Defendant
   TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

21
22                          United States District Court
                           Northern District of California

23 | Advanced Connection Technology Inc., | Case No.  5:12-cv-06489-PJH |
24 |          Plaintiff,                  | **Stipulated Schedule Through Claim Construction** |
   | vs.                                  |                             |
25 |                                      |                             |
26 | Toshiba America Information Systems, Inc., | |
27 |          Defendant                   |                             |

28

As requested by the Court during the Case Management Conference (see Dkt. 32), Plaintiff Advanced Connection Technology Inc. ("ACT") and Defendant Toshiba America Information Systems, Inc. ("TAIS") stipulate to the following schedule of events through claim construction.

| EVENT | DATE |
| --- | --- |
| Initial Disclosures (Fed. R. Civ. Pro. 26(a)(1). | 9/30/2013 |
| Disclosure of Asserted Claims and Infringement Contentions (Patent L. R. 3-1); Document Production Accompanying Infringement Contentions (Patent L. R. 3-2) | 9/30/2013 |
| Disclosure of Invalidity Contentions (Patent L.R. 3-3); Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | 11/1/2013 |
| Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1) | 11/1/2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 11/21/2013 |
| Joint Claim Construction and Pre-Hearing Statement (Patent L.R. 4-3) | 1/17/2014 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | 2/4/2014 |
| Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | 2/18/2014 |
| Responsive Claim Construction Briefs (Patent L.R. 4-5(b)) | 3/4/2014 |
| Reply Claim Construction Briefs (Patent L.R. 4-5(c)) | 3/14/2014 |
| Tutorial (Standing Order for Patent Cases) | 3/28/2014 |
| Claim Construction Hearing | 4/9/2014 |

The Parties respectfully request that the above schedule be adopted by the Court for this Action.

//

//

//

Date: July 29, 2013                                  /s/Jing Cherng
                                                    Mount, Spelman & Fingerman, P.C.
                                                    Counsel for Advanced Connection Technology Inc.

Date:  July 29, 2013                                 /s/Scott C. Hall
                                                    Scott C. Hall, Esq.
                                                    Coblentz Patch Duffy & Bass LLP
                                                    Counsel for Toshiba American Information Systems, Inc.

7/30/13                    *IT IS SO ORDERED*
                           Judge Phyllis J. Hamilton
                           United States District Court
                           Northern District of California

1    In compliance with General Order 45, X.B., I hereby attest that Scott C. Hall has concurred in
2 this filing.

4 Date: July 29, 2013                              /s/  Jing Hong Cherng
                                                  Mount, Spelman & Fingerman, P.C.
                                                  Counsel for Advanced Connection Technology Inc.