Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Jing H. Cherng, Esq. (Car. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, kspelman@mount.com,
     gcherng@mount.com

Counsel for Advanced Connection Technology Inc.

Michael J. Shea (*Pro Hac Vice)*
Jeffry Nelson (*Pro Hac Vice*)
Jonathon Reavill (*Pro Hac Vice*)
Nixon & Vanderhye P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia  22203
Phone:  (703) 816-4000
Fax:  (703) 816-4100
Email: mjs@nixonvan.com, jhn@nixonvan.com, jtr@nixonvan.com

Virginia A. Crisp (State Bar No. 121387)
Scott C. Hall(State Bar No. 232492)
Coblentz Patch Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:     415.391.4800
Facsimile:      415.989.1663
Email: ef-vac@cpdb.com,ef-sch@cpdb.com

Attorneys for Defendant
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

United States District Court
Northern District of California

| | |
|---|---|
| Advanced Connection Technology Inc., <br><br>           Plaintiff,<br>vs.<br>Toshiba America Information Systems, Inc.,<br><br>           Defendant | Case No.  5:12-cv-06489-PJH<br><br>**Stipulated Schedule Through Claim Construction** |

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

As requested by the Court during the Case Management Conference (see Dkt. 32), Plaintiff Advanced Connection Technology Inc. ("ACT") and Defendant Toshiba America Information Systems, Inc. ("TAIS") stipulate to the following schedule of events through claim construction.

| EVENT | DATE |
|---|---|
| Initial Disclosures (Fed. R. Civ. Pro. 26(a)(1). | 9/30/2013 |
| Disclosure of Asserted Claims and Infringement Contentions (Patent L. R. 3-1); Document Production Accompanying Infringement Contentions (Patent L. R. 3-2) | 9/30/2013 |
| Disclosure of Invalidity Contentions (Patent L.R. 3-3); Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | 11/1/2013 |
| Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1) | 11/1/2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 11/21/2013 |
| Joint Claim Construction and Pre-Hearing Statement (Patent L.R. 4-3) | 1/17/2014 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | 2/4/2014 |
| Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | 2/18/2014 |
| Responsive Claim Construction Briefs (Patent L.R. 4-5(b)) | 3/4/2014 |
| Reply Claim Construction Briefs (Patent L.R. 4-5(c)) | 3/14/2014 |
| Tutorial (Standing Order for Patent Cases) | 3/28/2014 |
| Claim Construction Hearing | 4/9/2014 |

The Parties respectfully request that the above schedule be adopted by the Court for this Action.

//

//

//

1  Date: July 29, 2013                         /s/Jing Cherng
2                                               Mount, Spelman & Fingerman, P.C.
                                                Counsel for Advanced Connection Technology Inc.
3

4  Date:  July 29, 2013                        /s/Scott C. Hall
5                                               Scott C. Hall, Esq.
                                                Coblentz Patch Duffy & Bass LLP
6                                               Counsel for Toshiba American Information Systems, Inc.

7/30/13    [SEAL: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Case No. CV 12-06489                                                                        Page 1
Stipulated Schedule Through Claim Construction

1    In compliance with General Order 45, X.B., I hereby attest that Scott C. Hall has concurred in
2 this filing.
3
4 Date: July 29, 2013                              /s/  Jing Hong Cherng
                                                  Mount, Spelman & Fingerman, P.C.
5                                                 Counsel for Advanced Connection Technology Inc.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000