UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADVANCED CONNECTION TECHNOLOGY INC., | Case No.  12-cv-6489 PJH |
|---|---|
| Plaintiff, | |
| v. | **ORDER LIFTING STAY** |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | |
| Defendant. | |

The parties in the above-captioned case have filed a joint status statement requesting that the court lift the stay and schedule a case management conference. Because the court stayed this case pending inter partes review of the patent-in-suit, and because all inter partes review proceedings have now been dismissed, the court hereby LIFTS the stay and sets a case management conference for **June 18, 2015** at 2:00pm. Lead counsel shall appear in person at the conference and shall be prepared to discuss the course of future proceedings in this case.  To that end, the parties shall first meet and confer and then file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues.  The statement shall be filed no later than seven (7) days prior to the conference.

**IT IS SO ORDERED.**

Dated: May 18, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge